IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRISON BENJAMIN KINNEY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>NOB HILL GRILL; MARLOW BRIDGE, LLC, a California Limited Liability Company; and FAR RESTAURANT GROUP, INC., a California Corporation dba NOB HILL GRILL,<br><br>　　　　Defendants.　　　　　　　／ | No. 3:16-cv-03211-CRB<br><br>**JUDGMENT** |

On January 17, 2017, the Court granted Defendants' motion for judgment on the pleadings. See MJP Order (dkt. 40). The Court hereby ENTERS judgment in favor of Defendants and against Plaintiff.

**IT IS SO ORDERED.**

Dated: February 7, 2017

　　　　　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE